IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:                                        *
                                              *
VANESSA AMANDA CUSHION                        *        CHAPTER 13
                                              *        CASE NO. 14-71011-JTL
DEBTOR                                        *

## NOTICE OF TIME TO RESPOND

THE ABOVE DEBTOR HAS FILED PAPERS WITH THE COURT TO <u>MODIFY HER CHAPTER 13 PLAN AFTER CONFIRMATION</u>.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)**

IF YOU DO NOT WANT THE COURT TO GRANT AN ORDER CONFIRMING DEBTOR'S MODIFIED CHAPTER 13 PLAN, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN OBJECTION TO THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF GEORGIA, P.O. BOX 2147, COLUMBUS, GA 31902-2147, (706)649-7837 ON OR BEFORE FEBRUARY 16, 2016.

IF YOU MAIL YOUR OBJECTION TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** IT ON OR BEFORE THE DATE STATED ABOVE.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION OR OBJECTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

IF ANY OBJECTIONS ARE FILED, A HEARING WILL BE HELD ON **MARCH 16, 2016 AT 8:30 A.M. IN THE UNITED STATES COURTROOM, 2ND FLOOR, FEDERAL COURTHOUSE AND POST OFFICE BUILDING, NORTH PATTERSON STREET, VALDOSTA, GA 31601**

THIS NOTICE IS BEING SENT TO YOU BY COUNSEL FOR DEBTORS PURSUANT TO 11 U.S.C. SECTION 522(f), RULE 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND M.D.GA LBR 9007-1.

This the 21st day of January, 2016.

                                    BY:    /s/ Michael H. Turner
                                           Michael H. Turner
                                           Attorney for Debtor
                                           State Bar #719599

P. O. Box 2519
Tifton, GA 31793
(229) 382-2455

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| VANESSA AMANDA CUSHION | * | CHAPTER 13 |
| | * | CASE NO. 14-71011-JTL |
| DEBTOR | * | |

## MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

The debtor, by her attorney, under the authority of §1329 of the Bankruptcy Code, file this Motion for Modification of her plan and respectfully shows:

-1-

The plan was confirmed on December 10, 2014.

-2-

The debtor proposes to modify her plan to show she is surrendering the 2010 Chevrolet Malibu to Chase Auto.

-3-

After notice and an opportunity for objections, the plan as modified should become the debtor's plan.

-4-

A copy of the debtor's Amended Chapter 13 Plan dated January 14, 2016 is attached to this motion, and a copy of the same, together with a copy of this motion, has been sent to the Chapter 13 Trustee and all creditors listed in the bankruptcy petition.

WHEREFORE, the debtor moves this honorable Court to enter an order confirming the debtor's Modified Chapter 13 Plan of even date herewith.

This the 21st day of January, 2016.

MICHAEL H. TURNER, P.C.

BY:  /s/ Michael H. Turner
Michael H. Turner
Attorney for Debtors
State Bar No. 719599

This Document Prepared By:
Michael H. Turner
Michael H. Turner, P.C.
P. O. Box 2519
Tifton, GA 31793
mhturner@michaelturnerlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE:  Vanessa Amanda Cushion      *    CHAPTER 13
    SSN: 9328      *    CASE NO.  14-71011
DEBTORS      *

## AMENDED CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) or the debtor(s) employer shall pay to the trustee the sum of **$100.00 monthly**.
2. From the payments so received, the trustee shall make disbursements as follows:
   - (a) The Trustee percentage fee as set by the United States Trustee
   - (b) The monthly payments will be made on the following long-term debts: (Payments which become due after the filing of the petition but before the first payment designated here will be added to the pre-petition arrearage claim) **None**
   - (c) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| Farmers Furniture | $ 5.00 |
| Chase Auto | $50.00 |

   - (d) The following claims are not subject to cram down because debts are secured by a purchase money security interest in a vehicle for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within 1 year of filing. **None**
   - (e) After confirmation of the plan, the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | ESTIMATED AMOUNT DUE | VALUE | INT. | COLLATERAL | MONTHLY PAYMENT |
|---|---|---|---|---|---|
| Farmers Furniture | $ 943 | $ 300 | 4 | Furniture | $ 14.00 |

   - (f) Attorney fees ordered pursuant to 11 U.S.C. § 507(a)(2) of $3,000.00 to be paid as follows: **Pursuant to Current Administrative Order on the Attorney Fee Awards**
   - (g) After the above are paid, distribution will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows: **None**
   - (h) The following collateral is surrendered to the creditor: **None**

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| Chase Auto | 2010 Chevrolet Malibu |

   - (i) The following domestic support obligations will be paid over the life of the plan: (These payments will be made simultaneously with payment of the secured debt to the extent funds are available and will not include interest. Interest can only be included if the plan is proposing to pay all claims in full.) **None**
   - (j) The following unsecured claims are classified to be paid at 100% These payments will be paid simultaneously with payment of the secured debts:

| NAME OF CREDITOR | AMOUNT DUE | INT. | DESCRIPTION | TO BE PAID |
|---|---|---|---|---|
| Personal Finance | $200  (LIMITED) | 0 | Recent loan | $ 8.00 |

   - (k) All other 11 U.S.C. § 507 priority claims, unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.
   - (l) The debtor(s) will be the disbursing agent on the following debts: **Ally Finance shall be paid direct by co-signer. Debtor surrenders her interest in the collateral.**
   - (m) Special provisions:
     1. Payments to the trustee shall be made as follows: **Directly by Debtor**.
     2. Upon discharge of the Debtor(s), **titles to all vehicles**, free of creditors liens, shall be returned to the debtor(s).
     3. Upon discharge of the Debtor(s), and pursuant to § Section 522 (f), all non-possessory non-purchase money interest(s) in household goods and furnishings, wearing apparel, appliances, and jewelry are avoided to the extent of the debtor's exemptions as to the following: **First Franklin, World Finance, Personal Finance, Loan South and Globe Finance**
     4. Upon discharge of the Debtor(s), all judicial lien(s) in all property of the debtor, acquired both pre-filing and post-filing, are avoided to the extent allowed by law including but not limited to the following:
     5. Upon discharge of the Debtor(s), and in addition to other relief provided under Federal Law, all tax liens, either local, state or federal, shall be void as to any future acquired property and to any increase in equity in any property currently held by the debtor(s).
     6. Debtor has been advised that the Debt to N/A does not pay interest of penalties but that interest and penalties will continue to accrue and will be due and payable to N/A at the completion of the bankruptcy.
   - (n) Debtors will make payments that will meet all of the following parameters (these are not cumulative, debtors will pay the highest of the three)
     1. Debtor will pay all of this disposable income as shown on Form B22C of $0 to the non priority unsecured

|     |     |
| --- | --- |
|     | creditors in order to be eligible for a discharge. |
| 2.  | If the debtor filed a Chapter 7 case, the unsecured creditors would receive $0. Debtor will pay this amount to the priority and other unsecured credits in order to be eligible for discharge. |
| 3.  | The debtor will pay $1500 to the general unsecured creditors to be distributed prorata. |
| (o) | General unsecured creditors whose claims are duly proven and allowed will be paid as follows: **$1,500 dividend as long as this dividend exceeds the highest amount, if any, shown in paragraph (n)(1), (n)(2) or (n)(3) above, and the debtor pays in at least 36 monthly payments to be eligible for discharge.** |
| (p) | Unless otherwise ordered by the court, all property of the estate, whether in the possession of the trustee or the debtor, remains property of the estate subject to the court's jurisdiction, notwithstanding §1327(b), except as otherwise provided in paragraph (m) above. Property of the estate not paid to the trustee shall remain in possession of the debtor. All property in the possession and control of the debtor shall be insured by the debtor. The chapter 13 Trustee will not and is not required to insure assets and has no liability for injury to any person, damage or loss to any property in possession and control of the debtor or other property affected by property in possession and control of the debtor. |
| (q) | Notwithstanding the proposed treatment or classification of any claim in the plan confirmed in this case, all lien avoidance actions or litigation involving the validity of liens, or preference action will be reserved and can be pursued after confirmation of the plan. Successful lien avoidance or preference actions will be grounds for modification of the plan. |

Dated: January 14, 2016

/s/ Vanessa Amanda Cushion
Vanessa Amanda Cushion- Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| VANESSA AMANDA CUSHION | * | CHAPTER 13 |
| | * | CASE NO. 14-71011-JTL |
| DEBTOR | * | |

## CERTIFICATE OF SERVICE

I, the individual named below, certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that I served a copy of the within Notice of Time to Respond, together with the accompanying Motion and Amended Chapter 13 Plan, upon all of the creditors listed on the attached Exhibit "A", as well as upon the Kristin Hurst, Chapter 13 Trustee, P.O. Box 1907, Columbus, GA 31902 by depositing the same in the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

This the 21st day of January, 2016.

/s/ Michael H. Turner
Michael H. Turner
Attorney for Debtor

P. O. Box 2519
Tifton, GA  31793

Case 14-71011    Doc 25    Filed 01/21/16    Entered 01/21/16 10:37:16    Desc Main
Document    Page 6 of 7

**Exhibit "A"**

Alltel
Building 4, Second Floor
One Allied Drive
Little Rock, Arkansas 72202

Ally Financial
P.O. Box 380901
Bloomington, Minnesota 55438

Capital One
P.O. Box 30281
Salt Lake City, Utah 84130

Chase Automotive
P.O. Box 901076
Ft. Worth, Texas 76101

Clarence Rich
3310 Southern Avenue
Tifton, GA 31794

Credit Bureau Associates
321 Main Street
Tifton, Georgia 31794

Digestive Disorders and Liver
907 E. 18th Street, Suite 460
Tifton, Georgia 31794

Family Practice Assoc. of Tifton
1950 Old Ocilla Road
Tifton, Georgia 31794

Farmers Furniture
P.O. Box 1606
Tifton, Georgia 31794

Fingerhut/Webbank
6250 Ridgewood Road
St. Cloud, Minnesota 56303-0820

First Franklin Financial
P.O. Box 108
Tifton, Georgia 31793

Globe Financial Services
P.O. Box 771
Tifton, Georgia 31793

Howard Center for Womens Health
1948 Old Ocilla Road
Tifton, Georgia 31794

Internal Revenue Service
Special Procedures Branch
Bankruptcy Section, Mail Code 335-D
401 West Peachtree Street, NW
Atlanta, Georgia 30365

Loan South
P. O. Box 1845
Tifton, Georgia 31793

Personal Finance
P.O. Box 801
Tifton, Georgia 31793

Pinnacle Credit Services
7900 Highway 7, #100
Saint Louis Park, Minnesota 55426

Source Receivables
P.O. Box 4068
Greensboro, NC 27404

South Georgia Physicians for Women
1006 Greenfield Drive
Tifton, Georgia 31794

Sprint
6391 Sprint Parkway
Overland Park, Kansas 66251-4300

Sweet Dream Nurse
c/o Eastern Account System
P.O. Box 1022
Wixom, MI 48393-1022

Tift Regional Medical Center
P. O. Box 747
Tifton, Georgia 31793

Tiftarea Endoscopy Center, Inc.
907 18th Street East
Tifton, Georgia 31794-3643

Tifton Pathological Services, PC
P.O. Box 7442
Tifton, Georgia 31793

U.S. Attorney General
5111 Main Justice Building
10th Street & Constitution Ave NW
Washington, District of Columbia 20530

United States Attorney
P. O. Box 1702
Macon, Georgia 31202-1702

US Department of Education
P.O. Box 7859
Madison, Wisconsin 53704

World Finance
375 S. Main Street
Tifton, Georgia 31794

Vanessa Cushion
2800 N. Tift Avenue, Apt A7
Tifton, GA  31794