

1st Franklin Financial Corporation
PO Box 880
Toccoa, GA 30577
1-844-450-8777

September 26, 2016

U.S. Bankruptcy Court

Ref:   Vanessa Amanda Cushion
       Case Number: 14-71011

Effective Immediately please change the payment address to the following:

***Old Address:***
***1st Franklin Financial Corporation***
***PO Box 108***
***Tifton, GA 31793***

***New Address:***
***1st Franklin Financial Corporation***
***Attn: Administrative Services Department***
***PO Box 880***
***Toccoa, GA 30577***

Please contact me at 1-844-450-8777 if you have any questions.


Thank You,

/s/April V. Stowe

April V. Stowe
Senior Administrative Services Support